# United States District Court
## Northern District of Illinois
### Eastern Division

Roselle Chiropractic, P.C.            **JUDGMENT IN A CIVIL CASE**

       v.                                      Case Number: 07 C 3479

Hartford Fire Insurance Company, et al.

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss the first amended complaint being granted, plaintiff's breach of contract claim is dismissed with prejudice. Case dismissed with prejudice. This case is terminated.

                                                      Michael W. Dobbins, Clerk of Court

Date: 3/9/2009                            _____
                                               /s/ Michael Dooley, Deputy Clerk